IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CATHERINE CONRAD,

    Plaintiff,

v.

DAVID BATZ, SHARON BATZ,
SHANAUBA PRODUCTIONS, KAREN M.
GALLAGHER, AMY K. SCHOLL and
COYNE, SHULTZ, BECKER & BAUER, S.C.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-475-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    1) dismissing plaintiff's claims against defendants Karen M. Gallagher, Amy K. Scholl and Coyne, Shultz, Becker & Bauer S.C. for plaintiff's failure to state a claim upon which relief may be granted;

    2) granting David Batz, Sharon Batz and Shanauba Productions's motion to dismiss and dismissing plaintiff's claim under 15 U.S.C. § 1125(d) without prejudice for failure to state a claim upon which relief may be granted; and

    3) dismissing plaintiff's state law claim for conversion without prejudice to her refiling it in state court.

| /s/ | 2/24/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |