# NOTICE OF APPEAL

## NOTICE OF APPEAL TO THE 7TH CIRCUIT COURT OF APPEALS

## FROM A JUDGMENT

## UNITED STATES DISTRICT COURT FOR THE

## WESTERN DISTRICT OF WISCONSIN

---

CATHERINE CONRAD
        Plaintiff,

                                      March 10, 2014
                                      Case No.13-cv-475-bbc

v.

DAVID BATZ
SHARON BATZ
SHANAUBA PRODUCTIONS
        Defendants',

---

        Notice is hereby given that Plaintiff Catherine Conrad and the Defendants' named in the above case, hereby appeal to the United States of Appeals for the 7th Circuit from the final judgment made by Judge Crabb on February 24, 2014 in favor of Defendants. This Notice of Appeal is entered in this action on the 10th day of March 2014.

                                                      Catherine Conrad
                                                      4230 East Towne Blvd., #183
                                                      Madison, WI 53704
                                                      608-957-1393