United States District Court
Western District of Wisconsin

Office of the Clerk
120 N. Henry Street, room 320
Madison, Wisconsin 53703
(608) 264-5156

April 25, 2014

Gino Agnello, Clerk
United States Court of Appeals
  for the Seventh Circuit
219 South Dearborn Street, Rm 2722
Chicago, IL 60604

RE: Catherine Conrad v. David Batz, et al.
D.C. Docket #: 13-cv-475-bbc
USCA Docket #: 14-1525

Dear Clerk:

   I am sending you herewith the original record on appeal.  The record consists of the following:

__3__ Volume of Pleadings on CD; (1-10), (11-13), (14-26, 28, 31-32)
_____ Volume of Transcripts on CD;
_____ Volume(s) of Exhibits:
_____ Volume of Sealed Documents:


   Please acknowledge the date of your receipt of the above mentioned materials by the customary electronic notification.

                                              Sincerely,
                                              Peter Oppeneer, Clerk of Court

                                              By: /s/ Joanne Friedl
                                                      Deputy Clerk


cc: all parties